IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBER LIQUIDATORS, INC., | No. C 12-80101 WHA |
| Plaintiff, | |
| v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| KEVIN SULLIVAN, | |
| Defendant. | |

Pursuant to the parties' stipulation, the stay of enforcement is hereby **LIFTED**. The Court's September 17 order directed the parties to file a joint status report by November 9 at noon. They have failed to do so. The parties shall remedy this deficiency by **NOON ON NOVEMBER 16, 2012**. The joint status report shall, *inter alia*, inform the Court whether this enforcement action should or can be closed.

**IT IS SO ORDERED.**

Dated: November 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE