IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMBER LIQUIDATORS, INC.,

       Plaintiff,

  v.

KEVIN SULLIVAN,

       Defendant.

_____/

No. C 12-80101 WHA

**ORDER REQUIRING JOINT STATUS REPORT**

     Pursuant to the parties' stipulation, the stay of enforcement is hereby **LIFTED**. The Court's September 17 order directed the parties to file a joint status report by November 9 at noon. They have failed to do so. The parties shall remedy this deficiency by **NOON ON NOVEMBER 16, 2012**. The joint status report shall, *inter alia*, inform the Court whether this enforcement action should or can be closed.

    **IT IS SO ORDERED.**

Dated: November 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE