IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMBOR LIQUIDATORS, INC.,     No. C 12-80101 WHA

    Plaintiff,

v.     **ORDER TO SHOW CAUSE**

KEVIN SULLIVAN,

    Defendant.
                                  /

This action to enforce a foreign judgment commenced in April 2012. Plaintiff recently filed a notice of satisfaction of judgment stating that the judgment against defendant has been satisfied in full (Dkt. No. 24). Accordingly, the parties are **ORDERED TO SHOW CAUSE** by **SEPTEMBER 18 AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: September 11, 2013.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE