IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMBOR LIQUIDATORS, INC.,

       Plaintiff,

  v.

KEVIN SULLIVAN,

       Defendant.

_____/

No. C 12-80101 WHA

**ORDER TO SHOW CAUSE**

This action to enforce a foreign judgment commenced in April 2012. Plaintiff recently filed a notice of satisfaction of judgment stating that the judgment against defendant has been satisfied in full (Dkt. No. 24). Accordingly, the parties are **ORDERED TO SHOW CAUSE** by **SEPTEMBER 18 AT NOON** why this action should not be dismissed.

      **IT IS SO ORDERED.**

Dated:   September 11, 2013.

                            _____
                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE