IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMBOR LIQUIDATORS, INC.,

    Plaintiff,

  v.

KEVIN SULLIVAN,

    Defendant.

No. C 12-80101 WHA

**ORDER RE DISMISSAL**

Both parties were ordered to show cause by September 18, 2013, why the action should not be dismissed given that plaintiff filed a notice of satisfaction of judgment stating that the judgment against defendant has been satisfied in full. Neither party has responded to the order by the stated deadline. Therefore, this action is hereby **DISMISSED**.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE